UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LELAND FOSTER, an Individual, | ) |
| | ) Case No. 2:15-cv-14112 |
| Plaintiff, | ) |
| | ) Hon. Denise Page Hood |
| v. | ) |
| | ) Magistrate Judge R. Steven Whalen |
| Michigan Department of Natural Resources, | ) |
| dba LAKEPORT STATE PARK | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without attorneys' fees or costs to any party.  Entry of this order resolves all pending claims and closes the case.

Dated:  February 9, 2017

s/Denise Page Hood
Chief Judge, U.S. District Court